MURIEL B. KAPLAN, ESQ. (Bar No. 124607)
MICHELE R. STAFFORD, ESQ. (Bar No. 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
Telephone: (415) 882-7900
Facsimile: (415) 882-9287

Attorneys for Plaintiffs,
SHOP IRONWORKERS LOCAL 790
PENSION TRUST, et al.

**FILED**

**JUL 2 0 2005**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION TRUST, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> SELECT LIGHTING, INC., <br><br> Defendant | CASE NO.: C 05-1073 MHP <br><br> PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; AND PROPOSED ORDER |

Plaintiffs submit the following Request for Continuance of the Case Management Conference currently scheduled for July 25, 2005 at 4:00 p.m.:

1.  This action was brought to compel an audit of defendant's records. The audit has taken place and the audit report is being finalized.

2.  Once the audit report is finalized, plaintiffs will provide a copy to defendant, and attempt to resolve this matter. If this matter is not resolved, plaintiffs intend to file a Motion for Default Judgment.

3.  At this time, with defendant's default having been entered, and the audit report being finalized, there are no "case management" issues that require the Court's assistance.

-1-
PLAINTIFFS' REQUEST FOR CONTINUANCE OF CMC; AND PROPOSED ORDER
Case No.: C 05-1073 MHP

P:\CLIENTS\SHOCL\Select Lighting\pleadings\Req. Cont cmc 071805.doc

1    4.    Plaintiffs suggest a continuance of a minimum of 90 days.

2
3                                    Respectfully submitted,

4    Dated: July 18, 2005            SALTZMAN & JOHNSON LAW CORPORATION

5
6                              By:          /s/
                                    Michele R. Stafford
7                                   Attorneys for Plaintiffs

8
9
10                             **PROPOSED ORDER**

11
12       The Case Management Conference scheduled in this matter for July 25, 2005 at 4:00 p.m.
13   is hereby continued to _October 24, 2005_ at 4:00 p.m.

14       IT IS SO ORDERED.

15
16   Dated:                                 _____
                                    Honorable Marilyn Hall Patel
17                                  United States District Court Judge

18
19
20
21
22
23
24
25
26
27
28

                                                                                    -2-
     PLAINTIFFS' REQUEST FOR CONTINUANCE OF CMC; AND PROPOSED ORDER
                                                            Case No.: C 05-1073 MHP

P:\CLIENTS\SHOCL\Select Lighting\pleadings\Req. Cont cmc 071805.doc