1  MURIEL B. KAPLAN, ESQ. (Bar No. 124607)
   MICHELE R. STAFFORD, ESQ. (Bar No. 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA  94l05
   Telephone:     (4l5)  882-7900
4  Facsimile:     (415) 882-9287

5  Attorneys for Plaintiffs,
   SHOP IRONWORKERS LOCAL 790
6  PENSION TRUST, et al.

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  SHOP IRONWORKERS LOCAL 790        ) CASE NO.: C 05-1073 MHP
    PENSION TRUST, et. al.,           )
13                                    ) **REQUEST FOR VOLUNTARY**
                         Plaintiffs,  ) **DISMISSAL**
14                                    )
    v.                                )
15                                    )
    SELECT LIGHTING, INC.,            )
16                                    )
                         Defendant.   )
17

18      Plaintiffs hereby request dismissal of this action without prejudice, under Federal Rule of

19  Civil Procedure 41(a).  Defendant has not filed an Answer or a Motion for Summary Judgment;

20  Plaintiffs have not previously filed or dismissed any similar action against defendant.  The matter

21  has now been settled between the parties.

22  Dated:  October 10, 2005            SALTZMAN & JOHNSON LAW
                                        CORPORATION
23
                                  By:   _____/s/_____
24                                      Muriel B. Kaplan
                                        Attorneys for Plaintiffs
25
    **IT IS SO ORDERED**.
26  Dated: October 12, 2005

27                                      _____
                                        Judge Marilyn H. Patel
28                                      UNITED STATES DISTRICT JUDGE

                   REQUEST FOR VOLUNTARY DISMISSAL
                            Case No.: C 05-1073 MHP
                                    1

PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On October 10, 2005, I served the following document:

REQUEST FOR ENTRY OF DEFAULT

on interested parties in this action:

Roy Gustafson
356 Shoreline Highway
Mill Valley, CA 94941

by placing a true copy thereof enclosed in sealed envelope(s), with postage fully prepaid for first-class mail addressed to the parties listed below and deposited for mailing at San Francisco, California. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on October 10, 2005, at San Francisco, California.

_____/s/_____
Tamra Brown